Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Telecopy Transmission Cover Sheet

February 21, 2008

**FROM:** TRAVIS FUNKHOUSER
PARALEGAL, SPRIGGS & HOLLINGSWORTH

**NUMBER OF PAGES:** (INCLUDING COVER SHEET)

**ACCOUNT NUMBER:**

**DELIVER TO THE FOLLOWING:**

| NAME | FIRM/COMPANY | TELECOPY NO. | PHONE NO. |
|---|---|---|---|
| Clerk of the Panel | Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E., Room G-225, North Lobby<br>Washington, DC 20002-8004 | 202-502-2888 | (xxx) xxx-xxxx |

For any problems or questions, please contact Travis Funkhouser at 202-589-2024.

**MESSAGE:**

Please find enclosed- Defendants' Fifty-Fifth Notice of Potential Tag Along

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION**

**MDL Docket No. 1842**

**DEFENDANTS' FIFTY-FIFTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Northern District of Ohio**

*Pattie L. Davis and Jerry L. Davis v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 3:08-cv-00376, Judge James G. Carr.

*Pamela Sepeda v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 3:08-cv-00367, Judge James G. Carr.

*Heather Walker v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00365, Judge Peter C. Economus.

**United States District Court for the District of Minnesota**

*Michael L. Miller v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-00407, Judge Ann D. Montgomery.

*Nickie L. Taylor v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-00406, Judge Patrick J. Schiltz.

**United States District Court for the Eastern District of New York**

*Frank Cabrera v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00591, Judge Joanna Seybert.

*Donna Curtis-Robinson and Joseph Robinson v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00604, Judge Jon Gleeson.

*Mary Waters and Lorne Waters v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00663, Judge Jon Gleeson.

**United States District Court for the District of New Jersey**

*Pamala Ann Darsow v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00853, Judge Dennis M. Cavanaugh.

*Janice Mae Benshoff and Robert Benshoff v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00862, Judge Dennis M. Cavanaugh.

*Bonnie Rea Cullom v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00878, Judge Dennis M. Cavanaugh.

*Richard Randy Hill v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00852, Judge Dennis M. Cavanaugh.

*Tabitha Seaman and Vincent Seaman v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00870, Judge Dennis M. Cavanaugh.

*Joanne Wormley v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-00863, Judge Dennis M. Cavanaugh.

**United States District Court for the Southern District of Indiana**

*Sandra Werking and Jeffrey Werking v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00181, Judge Larry J. McKinney.

**United States District Court for the Western District of Missouri**

*Kathleen Burke v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00118, Judge Sarah W. Hays.

*Pricilla Milligan v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00117, Judge Ortrie D. Smith.

**United States District Court for the District of Kansas**

*Ruth Ann Lassey v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02082, Judge Kathryn H. Vratil.

**United States District Court for the Eastern District of Arkansas**

*Max Givens v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00151, Judge Susan Webber Wright.

*Holly Potts v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00152, Judge James M. Moody.

*John Kyle v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00153, Judge J. Leon Holmes.

*Thomas Redding v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00154, Judge James M. Moody.

Respectfully submitted,

Dated: February 21, 2008

SPRIGGS & HOLLINGSWORTH

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 21st day of February, 2008, a true and correct copy of the foregoing Defendants' Fifty-Fifth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on the following persons:

| | |
|---|---|
| **A. J. Plastino, II**<br>310 Grant Street<br>812 Grant Building<br>Pittsburgh, PA 15219 | **Counsel for Plaintiff: Mary Jean Smith, et al.** |
| **Albert F. Good**<br>P. O. Box 2106<br>Charleston, WV 25328-2106 | **Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers** |
| **ALVAREZ LAW FIRM**<br>Alejandro Alvarez<br>Alex Alvarez<br>355 Palermo Avenue<br>Coral Gables, FL 33134 | **Counsel for Plaintiff: Antonio Sanchez**<br>**Counsel for Plaintiffs: Clara M. Lord and Kenny Lord** |
| **AMY LYNN EWALD**<br>8357 Alleghenny Grove<br>Victoria, MN 55386 | **Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **ANTHONY J BRUSCATO**<br>P O Box 2374<br>Monroe, LA 71207 | **Counsel for Plaintiff: Barbara Nelson** |
| **APELT &HRENKO**<br>Ronald A. Apelt<br>23220 Chagrin Blvd.<br>Ste. 300<br>Beachwood, OH 44122 | **Counsel for Plaintiff: Scott Beal** |
| **ARNOLD & ITKIN**<br>5 Houston Center<br>1401 McKinney Street, Suite 2550<br>Houston, TX 77010 | **Counsel for Plaintiff: Juan Ramos** |

**Arthur, O'Neil, Mertz & Bates**
Daniel R. Michel
901 Ralston Avenue
Defiance, OH 43512

**Counsel for Plaintiff: Pattie L. Davis and Jerry L. Davis**

**Aubrey T. Givens**
208 Third Avenue, North
Suite 300
Nashville, TN 37201

**Counsel for Plaintiff: Sharon Lorance**

**Aylston Witkin & Sasser PLC**
R. Jason Richards
55 Baybridge Drive
Gulf Breeze, FL 32561

**Counsel for Plaintiffs: Neil Montgomery, et al.**

**BURKE HARVEY & FRANKOWSKI**
One Highland Place
2151 Highland Avenue
Birmingham, AL 35205

**Counsel for Plaintiff: Clarice Higgins and Robert Higgins**

**BURNEY & BURNEY**
J Brent Burney
107 Grant Street SE
PO Box 1474
Decatur, AL 35602

**Counsel for Plaintiff: Carol Whelchel**

**BYRD, DAVIS & EISENBERG**
Daniel W. Andrews
707 W. 34th Street
Austin, TX 78705

**Counsel for Plaintiff: Sonya Mitchell**

**Cable Law Offices**
Keith D. Cable
907 Tahoe Blvd, Ste 2
Incline Village, NV 89450

**Counsel for Plaintiff: Diann Hendricks**

**Callis L. Childs**
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032

**Counsel for Plaintiffs: Carolene Jean Carter, et al.**

| | |
|---|---|
| **CARR & CARR (TULSA)**<br>A Laurie Koller<br>P O BOX 35647<br>TULSA, OK 74135-0647 | **Counsel for Plaintiff: Tamara Harrington** |
| **CHARLES H JOHNSON & ASSOCIATES, PA**<br>Charles H Johnson<br>2599 Mississippi St.<br>New Brighton, MN 55113 | **Counsel for Plaintiff: Kevin Eisenschenk**<br>**Counsel for Plaintiff: Tammy Laxton**<br>**Counsel for Plaintiff: Paula P. Thompson**<br>**Counsel for Plaintiff: Richard Clevenger**<br>**Counsel for Plaintiff: Randall Smerud**<br>**Counsel for Plaintiff: Nancy Swafford**<br>**Counsel for Plaintiff: Anton Bokemper**<br>**Counsel for Plaintiff: John E. Walters**<br>**Counsel for Plaintiff: Ruth E. Perman**<br>**Counsel for Plaintiff: Kristina Ouverson**<br>**Counsel for Plaintiff: Maria Lynn Steele**<br>**Counsel for Plaintiff: Michael L. Miller**<br>**Counsel for Plaintiff: Nickie L. Taylor** |
| **Cindy L. Hawkins**<br>Attorney at Law<br>P.O. Box 805<br>105 Holcomb Street<br>Springdale, AR 72765-0809 | **Counsel for Plaintiffs: Mary Jane Campbell, et al.** |
| **COHEN, PLACITELLA & ROTH, PC**<br>Christopher M. Placitella<br>115 Maple Avenue<br>Red Bank, NJ 07701 | **Counsel for Plaintiff: Joseph Girton, Jr.** |

| | |
|---|---|
| **Cory Watson Crowder & Degaris**<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 | **Counsel for Plaintiffs: Jane R. Wilson, et al.**<br>**Counsel for Plaintiff: David Kinney**<br>**Counsel for Plaintiff: J.W. Collins**<br>**Counsel for Plaintiff: Victoria McNeir**<br>**Counsel for Plaintiff: Elmer Knapp**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Loretta Renee Wilkins**<br>**Counsel for Plaintiff: Robert Witt**<br>**Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiffs: Steven Bost and Donna Byers**<br>**Counsel for Plaintiff: Sandra Barrientos**<br>**Counsel for Plaintiff: Roger Crouch**<br>**Counsel for Plaintiffs: Debra Linden and Timothy Linden**<br>**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins**<br>**Counsel for Plaintiffs: William Singer and Theresa Singer**<br>**Counsel for Plaintiff: Pamela Sepeda**<br>**Counsel for Plaintiff: Heather Walker** |
| **Costello, McMahon, & Burke, LTD**<br>150 N. Wacker Drive, Suite 3050<br>Chicago, IL 60606 | **Counsel for Plaintiffs: Ernest Burge and Sharon Burge** |
| **Crumley & Associates, P.C.**<br>Marcus Edward Hayes, Sr.<br>2400 Freeman Mill Rd., Ste. 200<br>Greensboro, NC 27406 | **Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Elmer Knapp** |
| **Dandar & Dandar, PA**<br>Kennan George Dandar<br>550 N Reo St - Ste 106<br>PO Box 24597<br>Tampa, FL 33623-4597 | **Counsel for Plaintiff: Jason M. Cohn** |

**David M. Hicks & Associates**
David M. Hicks
Generally Admitted
7720 Stonebridge Golf Drive
Maryville, IL 62062

**Counsel for Plaintiff: Joyce Rios**
**Counsel for Plaintiff: Jerrie O'Dell**

**DAVID A. HODGES**
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

**Counsel for Plaintiffs: Carolene Jean Carter, et al.**
**Counsel for Plaintiffs: Mary Jane Campbell, et al.**

**DAUGHERTY LAW OFFICES**
George A. Daugherty
22 Reynolds Avenue
Elkview, WV 25071

**Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers**

**DOUGLAS & LONDON**
Michael A. London
111 John Street, 8th Floor
New York, NY 10038

**Counsel for Plaintiffs: John Dileonardo, et al**
**Counsel for Plaintiffs: Florence Horowitz, et al.**
**Counsel for Plaintiffs: Richard Brill and Charlotte Brill, et al.**
**Counsel for Plaintiff: Ronald Lagoe**

**DOUGLAS S. HARRIS**
1698 Natchez Trace
Greensboro, NC 27455

**Counsel for Plaintiff: Angel Marie Wilson, as administratrix of the estate of Brenda Myers**

**DOWDY & COCKERHAM**
Wayne Dowdy
P. O. Box 30
Magnolia, MS 39652

**Counsel for Plaintiff: Margaret Williams**

**Dyer, Garofalo, Mann & Schultz**
Kenneth J. Ignozzi
Ste. 1400
131 North Ludlow Street
Dayton, OH 45402

**Counsel for Plaintiff: Roger Crouch**
**Counsel for Plaintiffs: Debra Linden and Timothy Linden**
**Counsel for Plaintiffs: William Singer and Theresa Singer**

**Eason and Tambornini**
Mathew R. Eason
1819 K Street
Suite 200
Sacramento, CA 95814

**Counsel for Plaintiff: Rodney D. Anglin and Michael W. Anglin**

**Eckley M. Keach, Chtd.**
Eckley M. Keach
520 S. Fourth Street
Las Vegas, NV 89101

**Counsel for Plaintiffs: Judy A. Nichol, et al.**

**Elk & Elk**
Michael L. Eisner
6110 Parkland Blvd.
Mayfield Heights, OH 44124

**Counsel for Plaintiff: Pamela Sepeda**
**Counsel for Plaintiff: Heather Walker**

**ESHELMAN LEGAL GROUP**
Charles Richard Eshelman
205 Portage Trail Extension West
Cuyahoga Falls, OH 44223

**Counsel for Plaintiff: David Kinney**
**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins**

**Friedman Law Offices**
Daniel H. Friedman
3800 Normal Boulevard, Suite 200
Lincoln, NE 68506

**Counsel for Plaintiff: Victoria McNeir**

**Gill Elrod Ragon Owen & Sherman, P.A.**
Marie Bernarde Miller
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

**Counsel for Plaintiff: Max Givens**
**Counsel for Plaintiff: Holly Potts**
**Counsel for Plaintiff: John Kyle**
**Counsel for Plaintiff: Thomas Redding**

**Gray & Ritter, P.C.**
Maurice B. Graham
M. Graham Dobbs
701 Market Street, Suite 800
St. Louis, MO 63101-1826

**Counsel for Plaintiffs: Timothy J. Edgar, et al.**

**GREGORY L. SCHELL, L.L.C.**
Gregory L. Schell
230 South Broad Street
Suite 1050
Philadelphia, PA 19102

**Counsel for Plaintiff: Jacqueline White**

| | |
|---|---|
| **Heninger Garrison Davis, LLC**<br>W. Lewis Garrison<br>Timothy C. Davis<br>William L. Bross<br>2224 1st Avenue North<br>Birmingham, AL 35203 | **Counsel for Plaintiffs: Lilyan Kathleen Hall, et al.**<br>**Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **HENSON & FUERST, P.A.**<br>Carmaletta L. Henson<br>P. O. Box 7008<br>Rocky Mount, NC 27804 | **Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiff: Algia Nelson** |
| **PLATTNER, VERDERAME, PC**<br>316 East Flower Street<br>Phoenix, AZ 85067 | **Counsel for Plaintiff: Carmell R. Adams Bradbury** |
| **Hochman & Plunkett Co., L.P.A.**<br>Gary D Plunkett<br>3077 Kettering Blvd., Suite 210<br>Dayton, OH 45439 | **Counsel for Plaintiffs: Debra Lee Williams and Anthony Williams** |
| **HOLLOWAY BETHEA & OSENBAUGH PLLC**<br>Dan L Holloway<br>3035 NW 63rd<br>Suite 102 N<br>Oklahoma City, OK 73116 | **Counsel for Plaintiff: Maria Chaparro** |
| **HOWIE & SWEENEY, L.L.P.**<br>3811 Turtle Creek Boulevard<br>Suite 1900<br>Dallas, TX 75219 | **Counsel for Plaintiffs: Tina Sue Thetford and Ricky Allen Thetford** |
| **HUGHES & COLEMAN**<br>Lee L. Coleman<br>P.O. Box 10120<br>Bowling Green, KY 42102 | **Counsel for Plaintiff: J.W. Collins** |
| **HUTTON & HUTTON**<br>8100 E. 22nd Street North Building, 1200<br>P.O. Box 638<br>Wichita, KS 67201 | **Counsel for Plaintiff: Harry Barsamian** |

**LAW OFFICE OF JEFF S. DANIEL, PC**
Jeffrey S. Daniel
PO Box 131323
Birmingham, AL 35213

**Counsel for Plaintiff: Donald Ray Horton**

**JESUS SOTELO**
Attorney at Law
PO Box 763
Pharr, TX 78577

**Counsel for Plaintiff: Maria Huerta**

**John A. Zick**
34705 W. Twelve Mile Road
Suite 311
Farmington Hills, MI 48331-3265

**Counsel for Plaintiff: Robert D. Hicks**

**John D. Sileo**
320 N. Carrollton Ave.
Suite 200
New Orleans, LA 70119

**Counsel for Plaintiff: Earl Ivey**

**JOHN H MODESETT, III**
Attorney at Law
500 N Water
Ste 1200
Corpus Christi, TX 78471

**Counsel for Plaintiff: Catalina Garcia**

**Johnson Clifton Larson & Corson, P.C.**
Derek C Johnson
975 Oak Street
Suite 1050
Eugene, OR 97401

**Counsel for Plaintiff: Greg Kuhnle**

JOHNSON LAW FIRM
Steven Michael Johnson
3437 W 7th St
Suite 258
Fort Worth, TX 76107

**Counsel for Plaintiff: Hazel Nevil**
**Counsel for Plaintiff: Kim Catlett**
**Counsel for Plaintiff: Joyce Arnesen**
**Counsel for Plaintiff: Vera Clay**
**Counsel for Plaintiff: William Doug Devine**
**Counsel for Plaintiff: Barbara Durst**
**Counsel for Plaintiff: Roseanne Eldred**
**Counsel for Plaintiff: Mashell Garrett**
**Counsel for Plaintiff: Frank Getcy, Jr.**
**Counsel for Plaintiff: Mary Nichols**
**Counsel for Plaintiff: Cheryl Light**
**Counsel for Plaintiff: Claude Honeycutt**
**Counsel for Plaintiff: Lynne Huerta**
**Counsel for Plaintiff: Rex Lee**
**Counsel for Plaintiff: Janet Loose**
**Counsel for Plaintiff: Randal McQuiller**
**Counsel for Plaintiff: Rickie Patton**
**Counsel for Plaintiff: Patricia Peters**
**Counsel for Plaintiff: Mary Polacek**
**Counsel for Plaintiff: Maxette Ratliff**
**Counsel for Plaintiff: Barbara Rogers**
**Counsel for Plaintiff: Mike Rood**
**Counsel for Plaintiff: Theresa Smith**
**Counsel for Plaintiff: Everett Stafford**
**Counsel for Plaintiff: Randall Study**
**Counsel for Plaintiff: Valerie Walker**
**Counsel for Plaintiff: Dorothy M. Young**
**Counsel for Plaintiff: Jonathan Jackson**
**Counsel for Plaintiff: Joyce McConathy**
**Counsel for Plaintiff: Rita Reed**
**Counsel for Plaintiff: Jodi Schaller**
**Counsel for Plaintiff: Larry Snider**
**Counsel for Plaintiff: Lecey Heckenlively**

**Jones, Gregg, Creehan & Gerace**
David C. Trimmer, II
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905

**Counsel for Plaintiff: Mary Jean Smith, et al.**

| | |
|---|---|
| **KEATING JONES HUGHES, P.C.**<br>Robert M. Keating<br>One Southwest Columbia Street<br>Suite 800<br>Portland, OR 97258 | **Counsel for Defendant: LEGACY HEALTH SYSTEM, d/b/a Meridian Park Hospital** |
| **KIEVIT ODOM & BARLOW**<br>Bradley Syfrett Odom<br>635 W. Garden Street<br>Pensacola, FL 32502 | **Counsel for Plaintiffs: Jane R. Wilson, et al.** |
| **KUTAK ROCK LLP**<br>William Douglas Martin<br>214 W. Dickson<br>Fayetteville, AR 72701 | **Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation** |
| **LANGSTON LAW FIRM, PA**<br>William Monroe Quinn, II<br>P.O. Box 787<br>Booneville, MS 38829-0787 | **Counsel for Plaintiff: Robert Scott** |
| **LAW OFFICE OF DAVID MACARI**<br>David Macari<br>1285A S. County Trail<br>East Greenwich, RI 02818 | **Counsel for Plaintiff: Diane C. Andrews** |
| **LAW OFFICE OF DIANE STERNLIEB**<br>Diane Sternlieb<br>314 Bradley Street<br>Carrolton, GA 30117 | **Counsel for Plaintiff: Sandra Grizzard and Billy Jack Grizzard** |
| **Law Office of Donald D. Zuccarello**<br>Donald D. Zuccarello<br>Nina H. Parsley<br>3209 West End Avenue<br>Nashville, TN 37203 | **Counsel for Plaintiff: George Andrew Luffman**<br>**Counsel for Plaintiffs: Lydia F. Kolb, et al.**<br>**Counsel for Plaintiff: Lattica Lashey Horton**<br>**Counsel for Plaintiffs: Martha Burleson, et al.** |

| | |
|---|---|
| **LAW OFFICES OF EDWARD B. CHATOIAN**<br>Frank Lapomardo<br>Edward B. Chatoian II, Esq.<br>2607 Fresno Street<br>Fresno, CA 93721 | **Counsel for Plaintiffs: Frank Lapomardo and Barbara Lapomardo** |
| **Law Offices of Frank O. Hanson, Jr.**<br>Frank O. Hanson, Jr.<br>4401 Gary Avenue<br>Fairfield, AL 35064 | **Counsel for Plaintiffs: David Staton, et al.** |
| **Law Offices of Rodney A. Klein**<br>**Law Offices of Lawrence S. Paikoff**<br>Rodney A. Klein<br>Lawrence S. Paikoff<br>2300 Bell Executive Lane<br>Sacramento, California 95825 | **Counsel for Plaintiffs: Sue Divjak and Jay Childs**<br>**Counsel for Plaintiff: Rocky Bland** |
| **LAW OFFICES OF WILLIAM E. BOURGEOIS**<br>William Borgeois<br>1900 North 18th Street, Suite 452<br>P.O. Box Drawer 2255<br>Monroe, LA 71207-2255 | **Counsel For Defendant: Morehouse General Hospital** |
| **LEE COSSELL KUEHN & LOVE LLP**<br>Marcelino G. Lopez<br>Nathaniel Lee<br>127 East Michigan Street<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Teressa Hauk** |
| **LAWTON & CATES**<br>Douglas Phebus<br>10 East Doty<br>Madison, WI 53703 | **Counsel for Plaintiffs: James Daniel Mathein, et al.** |
| **LEE EADON ISGETT AND POPWELL GARY**<br>Walton Popwell, Jr<br>PO Box 1505<br>Columbia, SC 29202 | **Counsel for Plaintiff: Mia Vanboenschoten** |

**Levy, Ram & Olson LLP**
Michael Francis Ram
639 Front Street
4th Floor
San Francisco, CA 94111

**Counsel for Plaintiff: Joe Phoenix**

**LIMBEROPOULOS LAW FIRM**
400 N. Ashley Dr., Suite 2150
Tampa, FL 33602

**Counsel for Plaintiff: Clarissa Mahr**
**Counsel for Plaintiff: Gerard Destin**

**LUNDY & DAVIS**
Matthew E. Lundy
P.O. Box 3010
Lake Charles, LA 70602-3010

**Counsel for Plaintiff: Randall G. Woodard**
**Counsel for Plaintiff: Walter W. Rutherford**

**Mandelbaum & Schwarz, Ltd.**
Kim Irene Mandelbaum
2012 Hamilton Lane
Las Vegas, NV 89106

**Counsel for Defendant: Boulder City Hospital**

**McDivitt Law Firm, P.C.**
Michael David Eric McDivitt
19 East Cimarron Street
Colorado Springs, CO 80903

**Counsel for Plaintiffs: Patricia Savin and Joseph Savin**

**McMahan Law Firm**
John D McMahan
323 High Street
Chattanooga, TN 37403

**Counsel for Plaintiff: Grace Murrey and Edward Murrey, IV**

**Milberg Weiss LLP**
Stephanie Hatzakos
One Pennsylvania Plaza
New York, NY 10119

**Counsel for Plaintiff: Frank Cabrera**
**Counsel for Plaintiffs: Donna Curtis-Robinson and Joseph Robinson**
**Counsel for Plaintiffs: Mary Waters and Lorne Waters**

**MORGAN MEYERS**
Scott W. Rooney
3200 Greenfield Road
Suite 260
Dearborn, MI 48120-1802

**Counsel for Plaintiff: Sandra Waycaster**

| | |
|---|---|
| **VICKERY, WALDNER & MALLIA, LLP**<br>Michael P. Mallia<br>One Riverway<br>Suite 1150<br>Houston, TX 77056-1920 | **Counsel for Plaintiff: Richard Reyna** |
| **The Miller Firm, LLC**<br>108 Railroad Ave.<br>Orange, VA 22960 | **Counsel for Plaintiff: Terry Ellington**<br>**Counsel for Plaintiff: James A. Knight**<br>**Counsel for Plaintiff: Donna McCartney** |
| **Miller & Wagner, LLP**<br>S. Michael Rose<br>2210 N.W. Flanders Street<br>Portland, OR 97210-3408 | **Counsel for Plaintiffs Jon Snyder and Lisa Snyder** |
| **MOTLEY RICE LLC**<br>Donald A. Migliori<br>321 S. Main Street, 2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Ralph Wayne Swallow** |
| **MOTLEY RICE LLC**<br>Fred Thompson, III<br>Rhett D. Klok<br>Fred Thompson<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins** |
| **MULLIGAN & BANHAM**<br>Elizabeth Anne Banham<br>2442 Fourth Avenue, Suite 100<br>San Diego, CA 92101 | **Counsel for Plaintiffs: Wendy H. Risley, et al.** |
| **Murdock & Associates**<br>Robert E. Murdock<br>520 S. 4th Street, Second Floor<br>Las Vegas, NV 89101 | **Counsel for Plaintiffs: Judy A. Nichol, et al.** |
| **NAPOLI BERN LLP**<br>Christopher R. LoPalo<br>115 Broadway, 12th Floor<br>New York, NY 10006 | **Counsel for Plaintiff: Lynne Kavourgias** |

NATHAN & KREVAT
Paul Krevat
159 Derby Street
Salem, MA 01970

**Counsel for Plaintiff: Phillip Katsaros**

NOVAK, ROBENALT & PAVLIK
Colin P. Sammon
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113

**Counsel for Plaintiff: Vicki L. Corley**
**Counsel for Plaintiff: Margaret Sheets**

**Sternlieb & Orleck, PC**
Carol Orleck, Esq.
5 East Broad St.
Newnan, GA 30263

**Counsel for Plaintiff: Sandra Grizzard and Billy Jack Orleck**

**Padwa Law**
Jeffrey M. Padwa
303 Jefferson Blvd.
Warwick, RI 02888

**Counsel for Plaintiffs: Lois Patillo, et al**

**Patton Tidwell & Schroeder, LLP**
Carly Slack Anderson
4605 Texas Blvd
PO Box 5398
Texarkana, TX 75505-5398

**Counsel for Plaintiff: Marion Teague**

**Parker Waichman Alonso LLP**
Jerrold S. Parker
Andrew Alonso
David Krangle
111 Great Neck Road, 1st Floor
Great Neck, NY 11021

**Counsel for Plaintiffs: Florence Horowitz, et al.**
**Counsel for Plaintiff: Brian Albert Adkins**
**Counsel for Plaintiff: Douglas R. Morris**
**Counsel for Plaintiff: Delphine Bond**
**Counsel for Plaintiff: Susan K. Dixson and Harland Dixson**
**Counsel for Plaintiff: Roberta J. McCormick and Howard N. McCormick**
**Counsel for Plaintiff: Brenda Gail Near**
**Counsel for Plaintiff: Lenora E. Shopp**
**Counsel for Plaintiff: Cheryl S. Carr**
**Counsel for Plaintiffs: Scott R. Hollander and Carol Hollander**
**Counsel for Plaintiff: Pamala Ann Darsow**
**Counsel for Plaintiffs: Janice Mae Benshoff and Robert Benshoff**
**Counsel for Plaintiff: Bonnie Rea Cullom**
**Counsel for Plaintiff: Richard Randy Hill**
**Counsel for Plaintiffs: Tabitha Seaman and Vincent Seaman**
**Counsel for Plaintiff: Joanne Wormley**

**PEDROLI & GAUTHIER**
Robert H. Pedroli, Jr.
7777 Bomhomme Avenue, Suite 2250
Clayton, MO 63105

**Counsel for Plaintiff: Beverly Diffee**

**PHEBUS & KOESTER**
Joseph W. Phebus
136 W Main Street
Urbana, IL 61801

**Counsel for Plaintiffs: James Daniel Mathein, et al.**

**Pittman, Dutton, Kirby & Hellums, P.C.**
Leigh King Forstman
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

**Counsel for Plaintiff: Stephanie Theoret**

**PLACZEK & FRANCIS**
Matthew W. Placzek
Angela DeSanctis Myers
1722 South Glenstone, Suite J
Springfield, Missouri 65804

**Counsel for Plaintiff: Doris Periman**

| | |
|---|---|
| **Pogust & Braslow, LLP**<br>Harris L. Pogust<br>161 Washington Street, Suite 1520<br>Conshocken, PA 19428 | **Counsel for Plaintiffs: Jenine Von Essen, Et al.**<br>**Counsel for Plaintiff: Joanne Gracyk** |
| **POLITO & QUINN**<br>Michael J. Quinn<br>567 Vauxhall St. Ext.<br>Suite 230<br>Waterford, CT 06385 | **Counsel for Plaintiff: Melissa O. Rivers** |
| **POTTS LAW FIRM, LLC**<br>Derek H. Potts<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105 | **Counsel for Plaintiff: Nancy Skillman**<br>**Counsel for Plaintiff: Erma Lee Ellis**<br>**Counsel for Plaintiff: Kathleen Burke**<br>**Counsel for Plaintiff: Ruth Ann Lassey**<br>**Counsel for Plaintiff: Pricilla Milligan**<br>**Counsel for Plaintiff: Max Givens**<br>**Counsel for Plaintiff: Holly Potts**<br>**Counsel for Plaintiff: John Kyle**<br>**Counsel for Plaintiff: Thomas Redding** |
| **PRICE, WAICUKAUSKI & RILEY, LLC**<br>301 Massachusets Avenue<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Kori Mueller** |
| **PROVOST UMPHREY LAW FIRM**<br>Christopher T. Kirchmer<br>490 Park Street<br>Beaumont, TX 77701 | **Counsel for Plaintiff: Ruben Cavazos**<br>**Counsel for Plaintiff: Charles Skinner and D'Juanna Skinner**<br>**Counsel for Plaintiff: Arthur J. Halter, Jr.**<br>**Counsel for Plaintiff: Tina Marie Glynn**<br>**Counsel for Plaintiff: Analee Marie Brailas**<br>**Counsel for Plaintiff: Jodies Lynn Luther**<br>**Counsel for Plaintiffs: Philli Stewart, Sr. and Wrennette Stewart** |
| **RAPPAPORT GLASS GREENE & LEVINE LLP**<br>Michael G. Glass<br>1355 Motor Parkway<br>Hauppauge, NY 11749 | **Counsel for Plaintiff: Frank Barone** |

**Rhonda B Debevec**
Rhonda B. Debevec
1900 East Ninth Street
24 National City Center
Cleveland, OH 44114

**Counsel for Plaintiff: David P. Sherrer and Melissa Sherrer**
**Counsel for Plaintiff: James H. Wallace, Jr.**

**Robert J. Binstock**
4265 San Felipe
Suite 1000
Houston, TX 77027

**Counsel for Plaintiff: Ralph Wayne Swallow**

**RODANAST, P.C.**
Joseph F. Roda
Eric L. Keepers
801 Estelle Drive
Lancaster, PA 17601

**Counsel for Plaintiffs: Robert L. Albright and Carla Albright**
**Counsel for Plaintiff: Pamela Fay Hopkins**

**SAIEVA, ROUSELLE, & STINE LLP**
Thomas Saieva
601 W. Swann Avenue, Suite B
Tampa, FL 33603

**Counsel for Defendants: Town and Country Hospital, LP**

**SEEGER WEISS LLP**
Christopher A Seeger
David R. Buchanan
Scott Alan George
One William Street
New York, NY 10004

**Counsel for Plaintff: Wendy H. Risley, et al.**
**Counsel for Plaintiff: Hadley Scott Smith**

**SHIPMAN & WRIGHT, L.L.P.**
Gary K. Shipman
11 South Fifth Avenue
Wilmington, NC 28401

**Counsel for Plaintiff: C. Dayton Kirk, M.D.**

**SPANGENBERG, SHIBLEY & LIBER**
Peter J. Brodhead
Nicholas A. Dicello
1900 East Ninth Street, Suite 2400
Cleveland, OH 44114

**Counsel for Plaintiffs: Richard H. Sayler, et al.**

**STEWART & STEWART**
David W. Stewart
931 South Rangeline Road
Carmel, IN 46032

**Counsel for Plaintiffs: Sandra Werking and Jeffrey Werking**

| | |
|---|---|
| **Sullivan Papain Block McGrath &** Cannavo P.C.<br>Andrew J. Carboy<br>120 Broadway, 18th Floor<br>New York, NY 10271 | **Counsel for Plaintiffs: Thomas D. Hyland, et al.**<br>**Counsel for Plaintiffs: Sophia Katechis, et al.** |
| **Taylor Martino, P.C.**<br>Steven A. Martino<br>P.O. Box 894<br>Mobile, AL 36601 | **Counsel for Plaintiff: Evelyn Kirby** |
| **TERRY BRYANT**<br>West Memorial Office Park<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024 | **Counsel for Plaintiff: Robert Witt**<br>**Counsel for Plaintiff: Loretta Renee Wilkins** |
| **Thomas Minder and Associates**<br>Jonathan Alan Saul<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 | **Counsel for Plaintiffs: Daniel Poston, et al.** |
| **TRAVIS M HOLLEY**<br>P O Drawer 590<br>Bastrop, LA 71220 | **Counsel for Plaintiff: Judith D. Collins**<br>**Counsel for Plaintiffs: Amy Leanne Barlow and John David Barlow** |
| **TURLEY LAW FIRM**<br>Linda Turley<br>6440 N. Central Expressawy<br>1000 Turley Law Center<br>Dallas, TX 75206 | **Counsel for Plaintiffs: Robyn Perkins and Danny Perkins** |
| **Wagner, Crawford and Gambill**<br>Larry J. Wagner<br>416 South Sixth Street<br>P.O. Box 1897<br>Terre Haute, IN 47808-1897 | **Counsel for Plaintiffs: Debra A. Wiltermood and Michael Wiltermood** |

**WAGSTAFF & CARTMELL, LLP**
Jeffrey M. Kuntz
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**Counsel for Plaintiffs: Thomas Duy and Julie Duy**
**Counsel for Plaintiff: Wallis Kane**
**Counsel for Plaintiff: Connie Rorvig**
**Counsel for Plaintiffs: Glen Van Hoose and Debby Van Hoose**
**Counsel for Plaintiff: John Whitfield**
**Counsel for Plaintiff: Kathleen Burke**
**Counsel for Plaintiff: Ruth Ann Lassey**
**Counsel for Plaintiff: Pricilla Milligan**

**Wexler Toriseva Wallace LLP**
Edward A. Wallace
Mark R. Miller
One N. LaSalle Street, Suite 2000
Chicago, IL 60602

**Counsel for Plaintiffs: Sonia Montiel, et al.**
**Counsel for Plaintiff: Bonnie Tompkins**
**Counsel for Plaintiff: Jeff Boggs**

**Wexler Toriseva Wallace LLP**
Teresa C. Toriseva
Kathy A. Brown
1446 National Road
Wheeling, WV 26003

**Counsel for Plaintiffs: Sonia Montiel, et al.**
**Counsel for Plaintiff: Bonnie Tompkins**
**Counsel for Plaintiff: Brenda Gayvont**
**Counsel for Plaintiff: Kim Bissett and Roger Bissett**

**Williams Kherkher Hart Boundas, LLP**
David Willis Alexander
Steven J. Kherkher
John T. Boundas
8441 Gulf Freeway, Ste. 600
Houston, TX 77017

**Counsel for Plaintiff: Kathy A. Shepherd**
**Counsel for Plaintiff: Betsy L. Bynum**
**Counsel for Plaintiff: Roy R. Young**
**Counsel for Plaintiff: Carla Jean Eaves**
**Counsel for Plaintiff: Willis C. Gabbard**
**Counsel for Plaintiff: Shirley L. Wright**
**Counsel for Plaintiff: Gladys Mae Fox**
**Counsel for Plaintiff: Mauro L. Cossentino**
**Counsel for Plaintiff: Margaret M. Allison**
**Counsel for Plaintiff: Helmut G. Andres**
**Counsel for Plaintiff: Patricia W. Byrd**
**Counsel for Plaintiff: Joseph Gene Cattell**
**Counsel for Plaintiff: Ivy Jones Collins, III**
**Counsel for Plaintiff: Billy Richardson Davidson**
**Counsel for Plaintiff: Ida F. Dillon**
**Counsel for Plaintiff: Wilma Marguerite Knotts**
**Counsel for Plaintiff: Arthur L. Lewis**
**Counsel for Plaintiff: Roy Edward Newsom**
**Counsel for Plaintiff: Charles M. Nichols**
**Counsel for Plaintiff: Ricky Allen Phares**
**Counsel for Plaintiff: Jocelyn P. Riebe**
**Counsel for Plaintiff: Susan Theresa Roberts**
**Counsel for Plaintiff: Patsy Ann Shepherd**
**Counsel for Plaintiff: Pamela A. Wilson**
**Counsel for Plaintiff: Dorothy May Wurtz-Bright**
**Counsel for Plaintiff: Margurite Adams**
**Counsel for Plaintiff: Christopher B. Brown**
**Counsel for Plaintiff: Roselin J. Castro**
**Counsel for Plaintiff: Donna G. Edens**
**Counsel for Plaintiff: Barbara A. Johnson**
**Counsel for Plaintiff: Susan E. Kasem**
**Counsel for Plaintiff: Dwight D. Whetro**
**Counsel for Plaintiff: Donnie Nunley**
**Counsel for Plaintiff: Allen D. Townsend**
**Counsel for Plaintiff: Clifford Sanford**
**Counsel for Plaintiff: James E. McCormick**
**Counsel for Plaintiff: Alice Marie Barnes**
**Counsel for Plaintiff: Aaron G. Brown**
**Counsel for Plaintiff: Sandra E. Landry**

**Counsel for Plaintiff: Carol Lee Moreau**
**Counsel for Plaintiff: Sharon A. Shafer**
**Counsel for Plaintiff: Anna Marie Vera**
**Counsel for Plaintiff James Anthony Gardner**
**Counsel for Plaintiff: Deborah G. Alford**
**Counsel for Plaintiff: Stephen G. Merritt**
**Counsel for Plaintiff: Robin A. Bolton**
**Counsel for Plaintiff: Mary B. Brown**
**Counsel for Plaintiff: Diana M. Burton**
**Counsel for Plaintiff: Rita D. Chandler**
**Counsel for Plaintiff: William J. Isch**
**Counsel for Plaintiff: Barbara S. Kendall**
**Counsel for Plaintiff: David Leis**
**Counsel for Plaintiff: James B. Samuel**
**Counsel for Plaintiff: Deanne P. Turco**
**Counsel for Plaintiff: Luis Aguilar-Rodriguez**
**Counsel for Plaintiff: Shawn Ray Brown**
**Counsel for Plaintiff: Carol A. Bishop**
**Counsel for Plaintiff: Chester Wilson Brumley**
**Counsel for Plaintiff: Lydia G. Cole**
**Counsel for Plaintiff: Gwen A. Cooney**
**Counsel for Plaintiff: Dorothy M. Davis**
**Counsel for Plaintiff: Dorothy A. Cooney**
**Counsel for Plaintiff: Michele L. Farmer**
**Counsel for Plaintiff: Thomas Joseph Gillogy**
**Counsel for Plaintiff: Rodney Lee Hammonds**
**Counsel for Plaintiff: Jeffrey Clark Hatcher**
**Counsel for Plaintiff: Ronnie Lee Henson**
**Counsel for Plaintiff: Debbie Lynn Hernandez**
**Counsel for Plaintiff: Maurice Patrick Hintz**
**Counsel for Plaintiff: Margaret Ann Ingram**
**Counsel for Plaintiff: Joyce Ann Johnson**
**Counsel for Plaintiff: Marian M .Koryciak**
**Counsel for Plaintiff: Danny Ray Pritchett**
**Counsel for Plaintiff: Donald A. Schwarzenbart**
**Counsel for Plaintiff: Melinda S. Votion**

**Counsel for Plaintiff: Joe S. Larson**
**Counsel for Plaintiff: Howard Ray Maness**
**Counsel for Plaintiff: Darrel J. McMellon**
**Counsel for Plaintiff: Kathlyn Miller**
**Counsel for Plaintiff: David C. Mitter**
**Counsel for Plaintiff: Pamela S. Owens**
**Counsel for Plaintiff: Gracie Denise Owens**
**Counsel for Plaintiff: Elsie J. Patch**
**Counsel for Plaintiff: Theresa Smith**
**Counsel for Plaintiff: Nikki J. Wright**
**Counsel for Plaintiff: Buford H. Adkins**
**Counsel for Plaintiff: Charoletta C. Blackmon**
**Counsel for Plaintiff: Georgiana K. Donohoo**
**Counsel for Plaintiff: Craig E. Freese**
**Counsel for Plaintiff: Richard T. Gillespie**
**Counsel for Plaintiff: Marvin D. Holler**
**Counsel for Plaintiff: Lawrence Paul Horne**
**Counsel for Plaintiff: Warren Scott Hugelier**
**Counsel for Plaintiff: Richard E. Wolfsheimer**
**Counsel for Plaintiff: Ann Margaret Wright**
**Counsel for Plaintiff: W.L. Akins**
**Counsel for Plaintiff: Amado Alejos**
**Counsel for Plaintiff: James C. Andrews**
**Counsel for Plaintiff: David L. Arnold**
**Counsel for Plaintiff: Michele Marie Beck**
**Counsel for Plaintiff: Harry F. Berrios**
**Counsel for Plaintiff: Sandra S. Borowski**
**Counsel for Plaintiff: Ronald Wayne Bradshaw**
**Counsel for Plaintiff: Claudette Dashawn Brown**
**Counsel for Plaintiff: Betty Camus**
**Counsel for Plaintiff: Frances Oveda Carroll**
**Counsel for Plaintiff: Kellie Darlene Deal**
**Counsel for Plaintiff: Josef A. Dillman**
**Counsel for Plaintiff: George Ward Fellabaum**
**Counsel for Plaintiff: Kelly M. Follin**
**Counsel for Plaintiff: Janie Marie Gaines**

**Counsel for Plaintiff: Kristy Lee Geer**
**Counsel for Plaintiff: Harold Gomez**
**Counsel for Plaintiff: Donald N. Gregg**
**Counsel for Plaintiff: Jose L. Gutierrez, Jr.**
**Counsel for Plaintiff: Margo Lynn Hilton**
**Counsel for Plaintiff: Aubrey L. Hineman**
**Counsel for Plaintiff: Joanna P. Kelly**
**Counsel for Plaintiff: Fay M. King**
**Counsel for Plaintiff: Cody R. Klewin**
**Counsel for Plaintiff: Steven L. Lawson**
**Counsel for Plaintiff: David Dean Lay**
**Counsel for Plaintiff: Linda Y. Leonard**
**Counsel for Plaintiff: Levi D. Madison**
**Counsel for Plaintiff: Christine Marie Mallett**
**Counsel for Plaintiff: Ellie Mae Kendrick**
**Counsel for Plaintiff: Trevus Gail Manning**
**Counsel for Plaintiff: Deborah D. McBride**
**Counsel for Plaintiff: Charles Winston McCray**
**Counsel for Plaintiff: Reta Faye Miller**
**Counsel for Plaintiff: John M. Morgan**
**Counsel for Plaintiff: Deward A. Myers**
**Counsel for Plaintiff: Charles S. Nay**
**Counsel for Plaintiff: Linda Sue Nichols**
**Counsel for Plaintiff: William Leonard Norris**
**Counsel for Plaintiff: Blaine O. Allen**
**Counsel for Plaintiff: Katrina Ann Howland**
**Counsel for Plaintiff: Maria Torres**
**Counsel for Plaintiff: Bonnie Louise Adkins**
**Counsel for Plaintiff: Dorothy Kerns Blair**
**Counsel for Plaintiff: Mary H. Brown**
**Counsel for Plaintiff: Shirley Faye Chatham**
**Counsel for Plaintiff: Leonard Clay Davis**
**Counsel for Plaintiff: Lisa Dawn Forsee**
**Counsel for Plaintiff: Anita L. Gaudet**
**Counsel for Plaintiff: Geralyn L. Hurt**
**Counsel for Plaintiff: Hali Anne Joiner**
**Counsel for Plaintiff: Eileen B. Matonak**

**Counsel for Plaintiff: Steve H. McClanahan**
**Counsel for Plaintiff: Regina Ann Banks**
**Counsel for Plaintiff: David Jack Baughn**
**Counsel for Plaintiff: Charles P. Berry**
**Counsel for Plaintiff: William Dan Tuner**
**Counsel for Plaintiff: Randee P. Van Ness**
**Counsel for Plaintiff: Kevin W. Vecchio**
**Counsel for Plaintiff: Daniel E. Velasco**
**Counsel for Plaintiff: Kevin Patrick Walsh, Sr.**
**Counsel for Plaintiff: Helen Faye Wright**
**Counsel for Plaintiff: Anthony j. Zuccarello**
**Counsel for Plaintiff: Thomas Leo Boone**
**Counsel for Plaintiff: Jeanine M. Camacho**
**Counsel for Plaintiff: Amelia M. Cortez**
**Counsel for Plaintiff: Roland J. Gilbert**
**Counsel for Plaintiff: Christopher A. Hargis**
**Counsel for Plaintiff: Jane Ellis O'Connell**
**Counsel for Plaintiff: William N. Klein**
**Counsel for Plaintiff: Jeffrey Terrell Lancaster**
**Counsel for Plaintiff: Teresa C. Martin**
**Counsel for Plaintiff: Kenneth Dean Moats**
**Counsel for Plaintiff: Lloyd Raymond Neal**
**Counsel for Plaintiff: Paula M. O'Brien**
**Counsel for Plaintiff: Kathy B. Peterson**
**Counsel for Plaintiff: Michael Craig Phillips**
**Counsel for Plaintiff: Margaret T. Pieser**
**Counsel for Plaintiff: Stacy L. J. Price**
**Counsel for Plaintiff: Charles A. Rees**
**Counsel for Plaintiff: James A. Reid**
**Counsel for Plaintiff: Tracy S. Reitzel**
**Counsel for Plaintiff: Harold W. Ritchie**
**Counsel for Plaintiff: Terry T. Robinson**
**Counsel for Plaintiff: Alexander Rodriguez**
**Counsel for Plaintiff: Judith Ann Rouiller**
**Counsel for Plaintiff: Hernando Rubio**

**Counsel for Plaintiff: Jackie L. Shirley**
**Counsel for Plaintiff: Olivia Solis**
**Counsel for Plaintiff: Gerald S. Solomon**
**Counsel for Plaintiff: Susan Jane Strehlo**
**Counsel for Plaintiff: Arthur J. Stewart**
**Counsel for Plaintiff: Tony C. Tambrello**
**Counsel for Plaintiff: John Walter Althoff**
**Counsel for Plaintiff: Mary Elizabeth Bio**
**Counsel for Plaintiff: Laura Lea Barnett**
**Counsel for Plaintiff: Kathy M. Brewer**
**Counsel for Plaintiff: Sharon L. Dattilo**
**Counsel for Plaintiff: Cosimo De Vincentis**
**Counsel for Plaintiff: Ramona A. Griggie**
**Counsel for Plaintiff: Alicia L. Morales**
**Counsel for Plaintiff: Alan George Moses**
**Counsel for Plaintiff: Carolyn M. Parker**
**Counsel for Plaintiff: Ruby N. Parks**
**Counsel for Plaintiff: Michael William Rea**
**Counsel for Plaintiff: Steven James Tallaksen**
**Counsel for Plaintiff: James Clinton Thomas**
**Counsel for Plaintiff: Paul David Bourbon**
**Counsel for Plaintiff: Tommy Keith Johnson**
**Counsel for Plaintiff: Terry L. Kelly**
**Counsel for Plaintiff: Wayne Allen Rourke**
**Counsel for Plaintiff: Frances L. Rita**
**Counsel for Plaintiff: Donald G. Johnson**
**Counsel for Plaintiff: Donna W. Alvarez**
**Counsel for Plaintiff: Kenneth D. Andrews**
**Counsel for Plaintiff: Kathryn D. Bailey**
**Counsel for Plaintiff: James John Bodnar**
**Counsel for Plaintiff: Melody A. Brown**
**Counsel for Plaintiff: Alice Marie Bustamante**
**Counsel for Plaintiff: Andrea D. Dawkins**
**Counsel for Plaintiff: Anthony J. Dabo, Jr.**
**Counsel for Plaintiff: David N. Camarote**
**Counsel for Plaintiff: Kimberlee H. Dean**
**Counsel for Plaintiff: Ricky Eugene Earnhardt**
**Counsel for Plaintiff: Bonnie Lou Farmer**
**Counsel for Plaintiff: Kyle E. Ferdig**
**Counsel for Plaintiff: Marie Frank**

**Counsel for Plaintiff: Theresa Garza**
**Counsel for Plaintiff: Maria Lou Glascock**
**Counsel for Plaintiff: Tasha D. Hansard**
**Counsel for Plaintiff: Lori J. Johnson**
**Counsel for Plaintiff: Rebecca Joanne McCormick**
**Counsel for Plaintiff: Phyllis J. Miller**
**Counsel for Plaintiff: Rose Marie Miller-Consoli**
**Counsel for Plaintiff: Pauline B. Murrell**
**Counsel for Plaintiff: Connie Mae Painter**
**Counsel for Plaintiff: Marvin E. Parker**
**Counsel for Plaintiff: Rachel Ramos**
**Counsel for Plaintiff: Joeanne Reed**
**Counsel for Plaintiff: Eleanor Ruth Reynolds**
**Counsel for Plaintiff: Deborah Lynn Romero**
**Counsel for Plaintiff: Michael Ruggles**
**Counsel for Plaintiff: Patty Lou Scott**
**Counsel for Plaintiff: Nve Leanne Shortnacy-Jackson**
**Counsel for Plaintiff: Camille Nicole Thompson**
**Counsel for Plaintiff: Patsy A. Tucker**
**Counsel for Plaintiff: Ruby M. Vines**
**Counsel for Plaintiff: Brenda E. Vogan**
**Counsel for Plaintiff: Richard Lee Wahl**
**Counsel for Plaintiff: Monty R. Wallace**
**Counsel for Plaintiff: Thomas H. Walsh**
**Counsel for Plaintiff: Tina Lee Ward**
**Counsel for Plaintiff: Tamala Christine Wilson**
**Counsel for Plaintiff: Dan Lewis Zachariah**
**Counsel for Plaintiff: Deborah Martina Spicer-Yates**
**Counsel for Plaintiff: Louis D. Andelmo**
**Counsel for Plaintiff: Margaret E. Belk**
**Counsel for Plaintiff: Asha Z. Bowen**
**Counsel for Plaintiff: Leesa K. Bristow**
**Counsel for Plaintiff: Terri Ann Bruce**
**Counsel for Plaintiff: Michael Bolton**
**Counsel for Plaintiff: Norma Thomas Cartright**
**Counsel for Plaintiff: Victoria L. Chavez**
**Counsel for Plaintiff: Andy Cordova**

**Counsel for Plaintiff: Barbara A. Cornell**
**Counsel for Plaintiff: Robert Lyn Kearney**
**Counsel for Plaintiff: Dianna R. Kelley**
**Counsel for Plaintiff: Valorie Dean Kelly**
**Counsel for Plaintiff: Peggy O'Neill Little**
**Counsel for Plaintiff: Gilbert Jeffrey Lyons**
**Counsel for Plaintiff: Elaine Dorothy Madira**
**Counsel for Plaintiff: Winnie Maye McCartney**
**Counsel for Plaintiff: Kathy A. Patterson**
**Counsel for Plaintiff: Sarah L. Whitmore**
**Counsel for Plaintiff: Miron D. Bristow**
**Counsel for Plaintiff: Joe L. Brown**
**Counsel for Plaintiff: Kelli M. Cecil**
**Counsel for Plaintiff: William N. DeBoard**
**Counsel for Plaintiff: Katherine M. Dunn**
**Counsel for Plaintiff: Romualdo Vences Gama**
**Counsel for Plaintiff: Karen L. Gates**
**Counsel for Plaintiff: Guadalupe V. Gonzalez**
**Counsel for Plaintiff: Delores R. Curry**
**Counsel for Plaintiff: Sondra Lee Ditty**
**Counsel for Plaintiff: Kenneth M. Garfono**
**Counsel for Plaintiff: Joseph Daniel Harb**
**Counsel for Plaintiff: Travis W. Harris, Jr.**
**Counsel for Plaintiff: Carl James Johnson**
**Counsel for Plaintiff: Robert Scott Jones**
**Counsel for Plaintiff: William O. King**
**Counsel for Plaintiff: Jeffrey M. Knisbacher**
**Counsel for Plaintiff: Nadean K. Kovarik**
**Counsel for Plaintiff: Roger W. Maupin**
**Counsel for Plaintiff: Bruce Everette Morrison**
**Counsel for Plaintiff: Melissa Kay Neeley**
**Counsel for Plaintiff: Pamela Ruth Parker**
**Counsel for Plaintiff: Brent S. Rice**
**Counsel for Plaintiff: Tommie J. Thomas**
**Counsel for Plaintiff: Gairee A. Trigg, Sr.**
**Counsel for Plaintiff: Mark A. Woods**
**Counsel for Plaintiff: Carl E. Scott**
**Counsel for Plaintiff: Paul E. Lang, Sr.**
**Counsel for Plaintiff: Beverly Ruth Learn**

**Counsel for Plaintiff: Dixie Ann Lee**
**Counsel for Plaintiff: Mary Jane Maciel**
**Counsel for Plaintiff: Julie Diane Martin**
**Counsel for Plaintiff: Richard Jay Martin**
**Counsel for Plaintiff: Betty Jo McCrorie**
**Counsel for Plaintiff: Evangeline H. Mercadel**
**Counsel for Plaintiff: Cora L. Metcalf**
**Counsel for Plaintiff: Scott David Montague**
**Counsel for Plaintiff: Jesse A. Moore**
**Counsel for Plaintiff: Paul F. Nystrom**
**Counsel for Plaintiff: Douglas A Salomon**
**Counsel for Plaintiff: Marilyn A. Samet**
**Counsel for Plaintiff: Lucille C. Smith**
**Counsel for Plaintiff: Kate Katherine Taylor**
**Counsel for Plaintiff: Marty D. Tolen**
**Counsel for Plaintiff: Frances Althea Vickery**
**Counsel for Plaintiff: Debbie Lynn Wagner**
**Counsel for Plaintiff: Juan M. Ballesteros**
**Counsel for Plaintiff: Bruce M. Beaudoin**
**Counsel for Plaintiff: Deborah June Bilbrey**
**Counsel for Plaintiff: Mary Jane Bohm**
**Counsel for Plaintiff: Jeri Burger**
**Counsel for Plaintiff: Mary C. Chennault**
**Counsel for Plaintiff: Ella Mae Christensen**
**Counsel for Plaintiff: Jim Edward Curtis**
**Counsel for Plaintiff: Reda M. Dailey**
**Counsel for Plaintiff: Barbara A. Dockery**
**Counsel for Plaintiff: Davida Gavin**
**Counsel for Plaintiff: Joseph William Halfacre**
**Counsel for Plaintiff: Lewis W. Harris**
**Counsel for Plaintiff: Todd R. Johnson**
**Counsel for Plaintiff: Noe C. Juarez**
**Counsel for Plaintiff: Inta Meya**
**Counsel for Plaintiff: James Sterling Mullen**
**Counsel for Plaintiff: Rosalie O'Leary**
**Counsel for Plaintiff: Virginia L. Olsen**
**Counsel for Plaintiff: John E. Palmer**
**Counsel for Plaintiff: Ralph L. Parks**

**Counsel for Plaintiff: Barbara Jean Petry**
**Counsel for Plaintiff: Clinton E. Piper**
**Counsel for Plaintiff: Leora J. Powell**
**Counsel for Plaintiff: Ronald Michael Rosa**
**Counsel for Plaintiff: John Howard Russell**
**Counsel for Plaintiff: Stanley Ray Slone**
**Counsel for Plaintiff: James E. Smiley**
**Counsel for Plaintiff: Vernon G. Stewart**
**Counsel for Plaintiff: Cherie Borst Stockard**
**Counsel for Plaintiff: Sharon D. Thomas-Stewart**
**Counsel for Plaintiff: Remigio B. Troya**
**Counsel for Plaintiff: Morris R. Weibel**
**Counsel for Plaintiff: Brianna M. West**
**Counsel for Plaintiff: Barbara Jean Wright**
**Counsel for Plaintiff: Christopher Batiste**
**Counsel for Plaintiff: Shannon Philburn**
**Counsel for Plaintiff: Karl A. Younger**
**Counsel for Plaintiff: Susan Kay Bestwick**
**Counsel for Plaintiff: Sharon Carrie Conaway**
**Counsel for Plaintiff: David F. Poppy**
**Counsel for Plaintiff: Marisol Soto**
**Counsel for Plaintiff: Steven Torres**
**Counsel for Plaintiff: Charles Robert Anderson, et al**
**Counsel for Plaintiff: Daniel F. Barker, et al**
**Counsel for Plaintiff: Mark C. Sharkozy**
**Counsel for Plaintiff: Edward Navis**
**Counsel for Plaintiff: Janice Sloan**
**Counsel for Plaintiff: Lillian Hernandez**
**Counsel for Plaintiff: Jessie Ann Gifford**

**Affiliated Defense Counsel Affected by this Notice:**

| | |
|---|---|
| **HERMANN CAHN & SCHNEIDER LLP**<br>Jeffrey S. Moeller<br>1301 East Ninth Street, Suite 500<br>Cleveland, Ohio 44114-1876 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| **Eckland & Blando LLP**<br>Mark Blando<br>500 Lumber Exchange<br>10 South Fifth Street<br>Minneapolis, MN 55402 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| **PEPPER, HAMILTON, LLP**<br>Samuel J. Abate, Jr.<br>420 Lexington Ave., Suite 2320<br>New York, NY 10170-2399 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| **McCarter & English, LLP**<br>David J. Cooner<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| **DeLaney & DeLaney, LLC**<br>Kathleen A. DeLaney<br>6340 N. Washington Blvd.<br>Indianapolis, IN 46205 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| **Baker, Sterchi, Cowden & Rice, LLC**<br>Joseph FR. Callahan<br>Kara Stubbs<br>1010 Market Street, Suite 950<br>St. Louis, MO 63101 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |

**MITCHELL, WILLIAMS, SELIG, GATES &**
WOODYARD, P.L.L.C.
Lyn P. Pruit
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis