Cat08, Limbert, MDL, Termed

# U.S. District Court
# Northern District of Ohio (Youngstown)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00365−PCE

| | |
|---|---|
| Walker v. Davol, Inc. et al | Date Filed: 02/14/2008 |
| Assigned to: Judge Peter C. Economus | Date Terminated: 03/31/2008 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Heather Walker** | represented by | **Ernest Cory**<br>CoryWatson Crowder &Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205−328−2200<br>Fax: 205−324−7896<br>Email: ecory@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon C. Conlin**<br>CoryWatson Crowder &Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205−328−2200<br>Fax: 205−324−7896<br>Email: jconlin@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen R. Hunt, Jr.**<br>CoryWatson Crowder &Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205−328−2200<br>Fax: 205−324−7896<br>Email: shunt@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael L. Eisner**<br>Elk &Elk<br>Landerhaven Corporate Center<br>6110 Parkland Blvd.<br>Mayfield Heights, OH 44124<br>440−442−6677<br>Fax: 440−442−7944<br>Email: meisner@elkandelk.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Davol, Inc.**

represented by **Jeffrey S. Moeller**
Hermann, Cahn &Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216−781−5515
Fax: 216−781−1030
Email: jmoeller@hcsattys.com

**Defendant**

**C.R. Bard, Inc.**

represented by **Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2008 | " 1 | **Complaint** with jury demand against all defendants. Filing fee $ 350, receipt number 0647000000002863226, filed by Heather Walker. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Eisner, Michael) (Entered: 02/14/2008) |
| 02/14/2008 | " | Judge Peter C. Economus assigned to case. (S,L) (Entered: 02/14/2008) |
| 02/14/2008 | " | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge George J. Limbert. (S,L) (Entered: 02/14/2008) |
| 02/14/2008 | " 2 | Summons and Magistrate Consent Form issued for service upon Davol, Inc. and C.R. Bard, Inc. (Attachments: # 1 Magistrate Consent Form) (S,L) (Entered: 02/14/2008) |
| 03/06/2008 | " 3 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty−Fifth 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order Granting Defendants Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) (Entered: 03/06/2008) |
| 03/07/2008 | " | **Order** [non−document] denying as moot Plaintiff's Motion to stay (Related Doc # 3 ). Plaintiff shall re−file the Motion with the correct caption and case number. Judge Peter C. Economus on 3/7/08.(BR,S) (Entered: 03/07/2008) |
| 03/07/2008 | " 4 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit 1, Defendants' Fifty−Fifth 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order)(Moeller, Jeffrey) Modified document description on 3/14/2008 (S,L). (Entered: 03/07/2008) |
| 03/31/2008 | " | **Order** [non−document] granting Plaintiff's Motion to stay case pending transfer to the Multi District Litigation Unit (Related Doc # 4 ). Judge Peter C. Economus on 3/31/08.(BR,S) (Entered: 03/31/2008) |
| 03/31/2008 | " 5 | **Conditional Transfer Order (CTO−16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. |

| | | |
|---|---|---|
| | | 08−2413). (S,R) (Entered: 04/02/2008) |